```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:   frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) SA CV 07-1282 DOC (RNBx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **CONSENT JUDGMENT AS TO THE** |
|  | ) **FOLLOWING DEFENDANT ASSETS** |
| ONE 2005 GMC HUMMER H2, VIN, | ) **ONLY: ONE 2005 FORD GMC HUMMER** |
| 5GRGN23U85H129458 | ) **H2, VIN 5GRGN23U85H129458** |
|  | ) |
| Defendants. | ) [This Proposed Consent Judgment |
|  | ) Is Not Dispositive Of This |
| JUDIE K. COLLINS AND RCD | ) Entire Action] |
| HOLDINGS, LLC, | ) |
|  | ) |
| Claimants. | ) |

A.  On or about November 11, 2007, plaintiff United States of America ("the government" or "the United States of America") filed a Complaint for Forfeiture alleging that the defendant ("defendant vehicle"), one 2005 Hummer H2, VIN 5GRGN23U85H129458

is subject to forfeiture pursuant to 21 U.S.C. §§ 881 (a)(6); 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).  On or about November 30, 2007, claimant Judie K. Collins filed a claim to One 2005 GMC Hummer H2, VIN 5GRGN23U85H129458. On or about December 21, 2007, claimant Judie K. Collins filed an answer.

B.   On or about November 30, 2007, claimant RCD Holdings, LLC, filed a claim to One 2005 GMC Hummer H2, VIN 5GRGN23U85H129458. On or about December 21, 2007, claimant RCD Holdings, LLC, filed an answer.

C.   The government and claimants Judie K. Collins and RCD Holdings, LLC, have now agreed to settle this matter as to defendant described in paragraphs A-B and to avoid further litigation between them by entering into this Consent Judgment.

D.   The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

   1.   This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

   2.   As between plaintiff United States of America and claimants Judie K. Collins and RCD Holdings, LLC, Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. §§ 881 (a)(6) and 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

   3.   Notice of this action has been given as required by law.  No appearances have been made in this case by any person with respect to the defendant described in Paragraphs A-B other than claimants Judie K. Collins and RCD Holdings, LLC.  The Court

deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true as to the defendant described in Paragraphs A-B.

    4.   The United States of America shall return One 2005 GMC Hummer H2, VIN 5GRGN23U85H129458 to claimants in exchange for a waiver of attorney fees.

    5.   Claimants Judie K. Collins and RCD Holdings, LLC, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Department of Homeland Security, U.S. Customs and Border Protections, and its respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Judie K. Collins and RCD Holdings, LLC, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    6.   The Court finds that there was reasonable cause for the seizure of the defendant described in Paragraphs A-B and institution of these proceedings against the said defendant. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the said defendant.

    7.   The Court further finds that claimants Judie K. Collins and RCD Holdings, LLC, did not substantially prevail in this

```
 1  action, and each of the parties hereto shall bear its own
 2  attorney fees and costs.
 3
 4
 5  DATED:   January 13, 2009
 6
                              /s/ David O. Carter
 7                            THE HONORABLE DAVID O. CARTER
                              UNITED STATES DISTRICT JUDGE
 8
 9
                                  CONSENT
10
         The parties hereto consent to the above judgment and waive
11
    any right to appeal this judgment.
12
13  DATED: January 7, 2009         THOMAS P. O'BRIEN
                                   United States Attorney
14                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
15                                 Chief, Criminal Division
                                   STEVEN R. WELK
16                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
17
                                           /s/
18                                 _____
                                   FRANK D. KORTUM
19                                 Assistant United States Attorney
20                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
21
22  DATED: January 7, 2009
                                           /s/
23
                                   _____
24                                 SHAWN R. PEREZ
25                                 Attorney for Claimants
                                   Judie K. Collins and Gold Dust
26                                 Holdings, LLC.
27
28
                                    4
```